

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | No. 08-16-00110-CV |
| IN RE: ROSA SERRANO, | § | |
| | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |

**J U D G M E N T**

The court has considered this cause on the Relator′s petition for writ of mandamus against the Honorable Virgil Mulanax presiding Judge of the County Court at Law No. 7 of El Paso County, Texas, and concludes that Relator′s petition for writ of mandamus should be denied. Relator has also filed a motion for temporary orders. We therefore deny both the motion for temporary orders and the petition for writ of mandamus, in accordance with the opinion of this court.

IT IS SO ORDERED THIS 17TH DAY OF AUGUST, 2016.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., not participating